WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law    OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ISABELLA SCOTT**,                                          Case No. 6:12-cv-636-MO

    Plaintiff,

vs.                                                          ORDER

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $5,667.44 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this __3rd__ day of __July__, 2013.

/s/Michael W. Mosman
United States District Judge

Submitted on July 1, 2013 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1